UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-22887-CIV-SCOLA/O'SULLIVAN

LIEBHERR-MINING EQUIPMENT
COLMAR SAS, a French Company,

 Plaintiff/Counter-Defendant,

v.

CASTEC, INC., a Florida Corporation,

 Defendant/Counter-Plaintiff.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Notice of Filing Bill of Costs (DE # 59, 2/4/13).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Plaintiff's Notice of Filing Bill of Costs (DE # 59, 2/4/13) or notify the Court that the defendant has no objection to the entry of the Bill of Costs, on or before July 19, 2013. The failure by the defendant to file a response to the Bill of Costs or to notify the Court that the defendant has no objection to the entry of the Bill of Costs may result in a recommendation that the Plaintiff's Notice of Filing Bill of Costs (DE # 59, 2/4/13) be

granted in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 10th day of July, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Scola
All counsel of record